# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| Gregory Snider and Bryn Snider,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; BSI FINANCIAL SERVICES; WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST AS TRUSTEE FOR BROUGHAM FUND I TRUST, and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No.: 3:18-cv-06353-RS<br>*Assigned to Hon. Judge Richard Seeborg*<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO SPECIALLY SET HEARING ON PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE**<br>AS MODIFIED BY THE COURT<br><br>Complaint Filed: August 27, 2018 |

Based upon the foregoing Stipulation of the parties, and for good cause appearing, the following shall be the ORDER of this Court:

1. A hearing on the issue of a preliminary injunction against the subject foreclosure sale shall be specially set for January 31, 2019 at 1:30 p.m., in Courtroom 3 - 17th Floor, of the above Court;

2. Plaintiffs shall file and serve their Motion for Preliminary Injunction by January 11, 2019;

3. Any Opposition to the preliminary injunction shall be filed by January 22, 2019;

4. Any Reply to Defendants' Opposition shall be filed by January 28, 2019;

5. ~~Counsel may appear at the hearing by telephone~~;

**STIPULATION TO SPECIALLY SET HEARING ON PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE**

6.      If the Court has not entered its order on Plaintiffs' Motion for Preliminary Injunction by 5:00 p.m. on February 4, 2019, then the foreclosure sale will be postponed to a date at least seven days after the order is entered.

**IT IS SO ORDERED.**

DATED:   1/10/19

_____
Honorable Richard Seeborg
United States District Court Judge

**STIPULATION TO SPECIALLY SET HEARING ON PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE**